UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Allan Lewis

       v.                      Case No. 09-cv-307-SM

N.H. Judicial Branch, et al.

## O R D E R

The plaintiff filed an objection and amended complaint to the December 16, 2009, Report and Recommendation of Magistrate Judge Muirhead. After reviewing the objection, Magistrate Judge Muirhead entered a second Report and Recommendation dated January 6, 2010. The plaintiff did not file an objection or response to that report and recommendation but, instead, filed a notice of interlocutory appeal.

After due consideration of the objection filed to the December 16, 2009, Report and Recommendation, I herewith approve the Report and Recommendations of Magistrate Judge Muirhead dated December 16, 2009 and January 6, 2010, respectively. The plaintiff's complaint, including all addenda thereto, is dismissed with prejudice. The request for a preliminary hearing (document no. 10) and motion for reconsideration (document no. 11) are denied.

    SO ORDERED.

February 3, 2010

                                            Steven J. McAuliffe
                                            Chief Judge

cc:    Allan Lewis, pro se